IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JAMAAR DIONE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY J. COOPER, et al.,<br><br>    Defendants. | No. C 09-02263 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANT GRIFFIN** |

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. The Court issued an Order of Service, directing the United States Marshal to serve a summons and complaint on Defendants.

    Service has been ineffective on Defendant Griffin. In an Order dated March 9, 2011, Plaintiff was directed to provide the Court with the required information necessary to locate Defendant Griffin. He was also informed that the failure to do so shall result in the dismissal of all claims against this Defendant.

    Plaintiff has filed a request for an extension of time to provide the Court with the required information necessary to locate Defendant Griffin. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may provide the Court with the required information necessary to locate this Defendant will be extended up to and including **thirty (30) days** from the date this order is signed. Failure to do so by the new deadline shall result in the dismissal of all claims against this Defendant.

    This Order terminates Docket no. 25.

    IT IS SO ORDERED.

DATED: 4/20/11

                                                      SAUNDRA BROWN ARMSTRONG
                                                      United States District Judge

G:\PRO-SE\SBA\CR.09\Smith2263.EOT-Griffin.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JAMAAR DIONE SMITH, | Case Number: CV09-02263 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DEPUTY J COOPER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Jamaar-Dione Smith BCD323
Alameda County Jail - Santa Rita
5325 Broder Blvd.
Dublin, CA 94568

Dated: April 25, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Smith2263.EOT-Griffin.wpd            2