J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:    (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendants
G. MORA and J. COOPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RODNEY JAMAAR-DIONE SMITH<br><br>Plaintiff,<br><br>v.<br><br>FORMER DEPUTY J. COOPER, FORMER DEPUTY  Z. L. GRIFFITH, FORMER DEPUTY G. MORA, SANTA RITA COUNTY JAIL,<br><br>Defendants. | Case No.: 4:09-cv-2263-SBA<br><br>**DECLARATION OF LYNNE G. STOCKER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge Saundra Brown Armstrong |

I, Lynne G. Stocker, declare as follows:

1.    I am an attorney at law duly licensed to practice law in the State of California and before the United States District Court of the Northern, Eastern and Southern Districts of California.  I am Of Counsel at Andrada & Associates, attorneys of record for defendants G. MORA and J. COOPER in the above-entitled action.

2.    Attached hereto as Exhibit A are true and correct copies of relevant pages of plaintiff's deposition which I took on July 5, 2011 at Santa Rita Jail.

3.    Attached hereto as Exhibit B is a true and correct copy of Exhibit 1 to plaintiff's deposition.

//

//

1

1        I declare under penalty of perjury that the foregoing is true and correct. Executed on July 13,

2   2011 at Oakland, California.

3                 /s/ Lynne G. Stocker

4                 LYNNE G. STOCKER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

2

{00074412.DOC/}AIMS  0913
***

*Smith v. Cooper, et al.*
CV 09-2263-SBA