1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8              OAKLAND DIVISION
9

| | |
|---|---|
| RODNEY JAMAAR-DIONE SMITH, | Case No: C 09-2263 SBA (PR) |
| Plaintiff, | **ORDER** |
| vs. | Docket 22, 34, 36 |
| DEPUTY J. COOPER, et al., | |
| Defendant. | |

Upon review of the record, the Court hereby VACATES the Order Setting Hearing on Motion for Summary Judgment, Dkt. 34. The briefing schedule on Defendants' motion for summary judgment and other matters set out in the Order Granting Defendants' Motion for Extension of Time to File Dispositive Motion; Denying Plaintiff's Motion to Compel; and Notice to Plaintiff Regarding Inability to Serve Defendant Griffin, Dkt. 22, controls and is in effect.

IT IS SO ORDERED.

Dated: July 25, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODNEY JAMAAR DIONE SMITH,

       Plaintiff,

 v.

DEPUTY J COOPER et al,

       Defendant.
_____/

Case Number: CV09-02263 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Jamaar-Dione Smith BCD323
Alameda County Jail - Santa Rita
5325 Broder Blvd.
Dublin, CA 94568

Dated: July 26, 2011

                                    Richard W. Wieking, Clerk

                                          By: LISA R CLARK, Deputy Clerk