IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JAMAAR-DIONE SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY J. COOPER, et al.,<br><br>　　　　Defendants. / | No. C 09-2263 SBA (PR)<br><br>**ORDER DIRECTING DEFENDANTS TO PROVIDE COMPLETE COPY OF TRANSCRIPT OF PLAINTIFF'S JULY 5, 2011 DEPOSITION** |

　　　　Plaintiff filed the present pro se prisoner action under 42 U.S.C. § 1983. The Court issued an Order of Service.

　　　　Before the Court is Defendants' motion for summary judgment. In support of their motion, Defendants attached the transcript of Plaintiff's July 5, 2011 deposition. The Court notes this transcript is missing pages.

　　　　Prior to ruling on the motion for summary judgment, the Court directs Defendants to provide it with a complete copy of this transcript no later than **three (3) days** from the date of this Order.

　　　　IT IS SO ORDERED.

DATED:   1/19/12　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.09\Smith2263.depoPAGES.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODNEY JAMAAR DIONE SMITH,

        Plaintiff,

  v.

DEPUTY J COOPER et al,

        Defendant.

Case Number: CV09-02263 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Jamaar-Dione Smith AK4389
California State Prison - San Quentin
San Quentin, CA 94974

Dated: January 23, 2012

                    Richard W. Wieking, Clerk
                    By: LISA R CLARK, Deputy Clerk