**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    RODNEY JAMAAR-DIONE SMITH,              No. C 09-2263 SBA (PR)

5              Plaintiff,                    **ORDER DIRECTING DEFENDANTS TO
                                             PROVIDE COMPLETE COPY OF**
6     v.                                     **TRANSCRIPT OF PLAINTIFF'S JULY 5,
                                             2011 DEPOSITION**
7    DEPUTY J. COOPER, et al.,

8              Defendants.
     _____/

9          Plaintiff filed the present <u>pro se</u> prisoner action under 42 U.S.C. § 1983.  The Court issued an

10   Order of Service.

11         Before the Court is Defendants' motion for summary judgment.  In support of their motion,

12   Defendants attached the transcript of Plaintiff's July 5, 2011 deposition.  The Court notes this

13   transcript is missing pages.

14         Prior to ruling on the motion for summary judgment, the Court directs Defendants to provide

15   it with a complete copy of this transcript no later than **three (3) days** from the date of this Order.

16         IT IS SO ORDERED.

17   DATED:   1/19/12                         _Saundra B Armstrong_

18                                            SAUNDRA BROWN ARMSTRONG
                                             United States District Judge
19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.09\Smith2263.depoPAGES.wpd

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   RODNEY JAMAAR DIONE SMITH,
                                              Case Number: CV09-02263 SBA
5              Plaintiff,
                                              **CERTIFICATE OF SERVICE**
6     v.

7   DEPUTY J COOPER et al,

8              Defendant.
    _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11

12  That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15

16  Rodney  Jamaar-Dione Smith AK4389
    California State Prison - San Quentin
17  San Quentin,  CA 94974

18  Dated: January 23, 2012

19                                            Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.09\Smith2263.depoPAGES.wpd          2